**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 17-2859

_____

IN RE:  RAYMOND EDWARD CHESTNUT,
Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Middle District of Pennsylvania
(Related to M.D. Pa. Civ. No. 3:16-cv-00097)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
September 28, 2017

Before: SMITH, Chief Judge, MCKEE and RENDELL, Circuit Judges

(Opinion filed:  November 15, 2017)

_____

OPINION*

_____

PER CURIAM

Raymond Chestnut filed a petition for writ of mandamus requesting that we direct

the District Court to enter judgment on his 28 U.S.C. § 2241 petition filed in Chestnut v.

Ebbert, M.D. Pa. Civ. No. 3:16-cv-00097.  The District Court has since terminated the case,

effectively granting Chestnut's motion for voluntary dismissal.  In light of the District

_____

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

Court's action, the question Chestnut presented is no longer a live controversy, so we will dismiss his mandamus petition as moot. See, e.g., Lusardi v. Xerox Corp., 975 F.2d 964, 974 (3d Cir. 1992).